IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAKEETA DRAPER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROUND HILL PACIFIC MANAGEMENT LLC, Private Limited Liability Company; EMILY HELLBUSH, Office Manager; CHARLES KARL, CPM; THE CITY OF OMAHA POLICE DEPARTMENT, DORNAN, TORIA, HOWARD, BREITKREUTZ & CONWAY, PC LLO LAW FIRM, DOUGLAS COUNTY COURT, Government Agency; DOUGLAS COUNTY SHERIFFS OFFICE, Government Agency; and DOUGLAS COUNTY CONSTABLES OFFICE, Government Agency;<br><br>　　　　　　Defendants. | 8:19CV203<br><br>**MEMORANDUM<br>AND ORDER** |

　　　Plaintiff Shakeeta Draper a/k/a Shakitah El, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. ([Filing No. 2](Filing No. 2).) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

　　　IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under

28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 6th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge